UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW TYE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants | Case No. 8:17-cv-01831-RGK-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, including the initial Report and Recommendation of the United States Magistrate Judge (Dkt. 30) and the Amended Report and Recommendation (Dkt. 35). Further, the Court has engaged in a de novo review of those portions of the Amended Report and Recommendation to which objections have been made (Dkt. 36). The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Los Angeles County's motion to dismiss (Dkt. 17) is GRANTED and Judgment will be entered:

1.  Dismissing the claim for damages based on <u>Santobello v. New York</u>, 404 U.S. 257 (1971) and the claim based on violation of procedural due process in

the First Amended Complaint with prejudice; and

    2.   Dismissing all of the other claims in the First Amended Complaint without prejudice but without leave to amend.

DATED: November 13, 2018

*/s/ Gary Klausner*
_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE