JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW TYE,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>  Defendants. | Case No. 8:17-cv-01831-RGK-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that:

1. The claim for damages based on <u>Santobello v. New York</u>, 404 U.S. 257 (1971) and the claim based on violation of procedural due process in the First Amended Complaint are dismissed with prejudice; and

2. All of the other claims in the First Amended Complaint are dismissed without prejudice but without leave to amend.

DATED: November 13, 2018

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE